|  | * | IN THE |
|---|---|---|
|  | * |  |
| IN THE MATTER OF THE PETITION | * | SUPREME COURT |
| FOR REINSTATEMENT OF CAROL | * | OF MARYLAND |
| MARIE GORDON TO THE BAR OF |  |  |
| MARYLAND | * | AG No. 3 |
|  | * | September Term, 2024 |
|  | * |  |

**ORDER**

Upon consideration of the petition for reinstatement to the Bar of Maryland and Bar Counsel's response to the petition, it is this 24th day of September 2024, by the Supreme Court of Maryland,

ORDERED that the petition is granted; and it is further

ORDERED that, pursuant to Rule 19-752(j)(8) and as agreed to by Bar Counsel and Petitioner, as a permanent condition of petitioner's reinstatement, petitioner shall not engage in any practice that requires the acceptance, management, or safekeeping of any client funds, unless further order of the Court is entered; and it is further

ORDERED that, subject to the condition stated above, the Clerk of the Court shall replace the name Carol Marie Gordon upon the register of attorneys entitled to practice law in this State and certify that fact to the Trustees of the Client Protection Fund and the clerks of all judicial tribunals in this State.

Pursuant to the Maryland Uniform Electronic Legal Materials Act (§§ 10-1601 et seq. of the State Government Article) this document is authentic.

/s/ Matthew J. Fader
Chief Justice



Gregory Hilton, Clerk